UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
PUTNAM LEASING COMPANY, INC.,

                Plaintiff,

    -against-

WALTER R. FIELDS,

                Defendant.
----------------------------------------------------------------X

*7/31/07*

*Adopted without qualification. /so order/*

REPORT AND
RECOMMENDATION

05 CV 141 (RJD)(RML)

*s/ Judge Raymond J. Dearie*

LEVY, United States Magistrate Judge:

        On January 26, 2007, the Honorable Raymond J. Dearie, United States District

Judge, granted plaintiff's request for a default judgment against defendant Walter R. Fields

("Fields" or "defendant"). However, the judgment did not specify an amount of monetary

damages. Plaintiff Putnam Leasing Company ("plaintiff" or "Putnam") now requests that the

court issue a revised judgment setting forth the scope of relief. By order dated February 27,

2007, Judge Dearie referred plaintiff's motion to me. For the reasons set forth below, I

respectfully recommend that the court grant the motion and award plaintiff $156,494.52 in

damages, $40,649.55 in attorney's fees and $2,142.00 in costs.

## BACKGROUND AND FACTS

        Plaintiff commenced this lawsuit in November 2004 after defendant defaulted on

his payments for the Bentley Continental R automobile ("the vehicle") that he had leased from

Putnam in March 2004. (See Complaint, dated Nov. 19, 2004.) The terms of the lease called for

an initial payment of $40,295.34. (See Affidavit of Steven Posner, sworn to Aug. 21, 2006

("Posner Aff."), ¶ 4, Ex. 1.) Fields was then to make 58 consecutive monthly payments of

$4,172.67, for a total of $242,014.86 in monthly payments. (Id. ¶ 4.) The lease also called for